UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TINA SEALS,<br><br>                          Plaintiff,<br><br>-against-<br><br>"JONAHTERR" AKA (YOUNGEST CHILD OF SR. AVEM" AND JENNIFER, ET AL.,<br><br>                        Defendants. | 24cv7920 (LTS)<br><br>CIVIL JUDGMENT |

       For the reasons stated in the October 24, 2024, order, this action is dismissed. The Court has dismissed this action without prejudice for Plaintiff's failure to comply with the October 1, 2014 order in *Seals*, ECF 1:14-CV-6080, 7. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). SO ORDERED.

Dated:   October 29, 2024
          New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                        Chief United States District Judge